UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,

                                Plaintiff,

vs.

YELLOWSTONE CAPITAL, LLC,

                                Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 6, 2016

Case No. 15 Civ. 00854(PAC)

[~~PROPOSED~~] ORDER ON:
JOINT STIPULATION
TO FURTHER EXTEND
STAY OF ACTION

Plaintiff Diana Mey, individually and on behalf of a class of all persons and entities similarly situated ("Plaintiff"), and Defendant Yellowstone Capital, LLC ("Defendant"), through their undersigned counsel and upon the Court's approval, proffer this joint stipulation to extend the stay of the above-captioned action.

**WHEREAS**, on February 18, 2016, the Court so-ordered the parties' joint stipulation to extend the stay of this action pending mediation proceedings then scheduled to take place on April 12, 2016; and

**WHEREAS**, Defendant subsequently encountered scheduling difficulties that made it impossible for Defendant to participate in the April 12, 2016 mediation session; and

**WHEREAS**, the Plaintiff and Defendant have agreed to postpone the mediation session until May 17, 2016, and the mediation session has in fact been rescheduled for this date; it is

**STIPULATED AND AGREED** that, upon the Court's approval, the stay in this matter is further extended to permit the parties to participate in the rescheduled mediation session; and it is

118073520

**STIPULATED AND AGREED** that, if the mediation is successful, the parties anticipate being able to submit a motion for preliminary approval of a class action settlement by June 14, 2016; and it is

**STIPULATED AND AGREED** that, if mediation between the parties is not successful, the parties will submit a schedule for the remaining discovery in this matter by June 14, 2016.

This stipulation may be executed in counterparts and photocopies and/or facsimile copies of this stipulation shall be valid as if signed in the original.

**SIGNATURE PAGES TO FOLLOW**

Dated: New York, New York
April 4, 2016

BRODERICK LAW, P.C.

By: _____
Edward Anthony Broderick
ted@broderick-law.com
Anthony Paronich
anthony@broderick-law.com
125 Summer Street, Suite 1030
Boston, MA 02110
Ph.: (617) 738-7080
Fax: (617) 830-0327
*Co-counsel for Plaintiff Diana Mey,
individually and on behalf of a class of all
persons and entities similarly situated*

KATTEN MUCHIN ROSENMAN LLP

By: Stuart M. Richter /M/
Stuart M. Richter (*admitted pro hac vice*)
stuart.richter@kattenlaw.com
2029 Century Park East
Suite 2600
Los Angeles, CA 90067
Ph.: (310) 788-4400
Fax: (310) 788-4471

Gregory C. Johnson
gregory.johnson@kattenlaw.com
New York, NY 10022
Ph.: (212) 940-8800
Fax: (212) 940-8776
*Attorneys for Defendant Yellowstone Capital, LLC*

cc:

BAILEY & GLASSER LLP
Kevin W. Barrett (*via email*)
kbarrett@baileyglasser.com
John W. Barrett (*via email*)
jbarrett@baileyglasser.com
Johnathan R. Marshall (*via email*)
jmarshall@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
Ph.: (304) 345-6555
Fax: (304) 342-1110
*Co-counsel for Plaintiff Diana Mey, individually
and on behalf of a class of all persons and
entities similarly situated*

THE LAW OFFICE OF MATTHEW P. MCCUE
Matthew P. McCue (*via email*)
mmcue@massattorneys.net
1 South Avenue, Suite 3
Natick, MA 01760
Ph.: (508) 655-1415
Fax: (508) 319-3077

*Co-counsel for Plaintiff Diana Mey, individually and on behalf of a class of all persons and entities similarly situated*

**SO ORDERED:**

Dated: New York, New York
April 6, 2016

_____
Honorable Paul A. Crotty
United States District Court Judge

4

118073520