Case 1:15-cv-00854-PAC   Document 26   Filed 06/08/16   Page 1 of 4    Crotty, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,

　　　　　　　　　　Plaintiff,

vs.

YELLOWSTONE CAPITAL, LLC,

　　　　　　　　　　Defendant.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 8, 2016

Case No. 15 Civ. 00854(PAC)

[~~PROPOSED~~] ORDER ON:
JOINT STIPULATION
TO FURTHER EXTEND
STAY OF ACTION

　　　　Plaintiff Diana Mey, individually and on behalf of a class of all persons and entities similarly situated ("Plaintiff"), and Defendant Yellowstone Capital, LLC ("Defendant" or "Yellowstone"), through their undersigned counsel and upon the Court's approval, proffer this joint stipulation to extend the stay of the above-captioned action.

　　　　**WHEREAS**, on February 18, 2016, the Court so-ordered the parties' joint stipulation to extend the stay of this action pending mediation proceedings; and

　　　　**WHEREAS**, the Plaintiff and Defendant conducted the medication session on May 17, 2016; and

　　　　**WHEREAS**, the Plaintiff and Defendant have agreed in principle on a proposed settlement that is subject to approval by the Defendant's board of directors; and

　　　　**WHEREAS**, the Defendant's board of directors is meeting on June 14, 2016; it is

　　　　**STIPULATED AND AGREED** that, upon the Court's approval, the stay in this matter is further extended to permit the Defendant to attempt to obtain the approval of its board of directors; and it is further

　　　　**STIPULATED AND AGREED** that, if Yellowstone's board of directors approves the terms of the proposed settlement agreement and Yellowstone signs a written finalized settlement

agreement, the parties anticipate being able to submit a motion for preliminary approval of a class action settlement by July 8, 2016.

This stipulation may be executed in counterparts and photocopies and/or facsimile copies of this stipulation shall be valid as if signed in the original.

**SIGNATURE PAGES TO FOLLOW**

Dated: New York, New York
June 8, 2016

| | |
|---|---|
| BRODERICK & PARONICH, P.C.<br><br>By: /s/<br>Edward Anthony Broderick<br>ted@broderick-law.com<br>Anthony Paronich<br>anthony@broderick-law.com<br>99 High St., Suite 304<br>Boston, MA 02110<br>Ph.: (617) 738-7080<br>Fax: (617) 830-0327<br>*Co-counsel for Plaintiff Diana Mey,*<br>*individually and on behalf of a class of all*<br>*persons and entities similarly situated* | KATTEN MUCHIN ROSENMAN LLP<br><br>By: /s/<br>Stuart M. Richter (*admitted pro hac vice*)<br>stuart.richter@kattenlaw.com<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067<br>Ph.: (310) 788-4400<br>Fax: (310) 788-4471<br><br>Gregory C. Johnson<br>gregory.johnson@kattenlaw.com<br>New York, NY 10022<br>Ph.: (212) 940-8800<br>Fax: (212) 940-8776<br>*Attorneys for Defendant Yellowstone Capital, LLC* |

cc:

BAILEY & GLASSER LLP
Kevin W. Barrett (*via email*)
kbarrett@baileyglasser.com
John W. Barrett (*via email*)
jbarrett@baileyglasser.com
Johnathan R. Marshall (*via email*)
jmarshall@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
Ph.: (304) 345-6555
Fax: (304) 342-1110
*Co-counsel for Plaintiff Diana Mey, individually*
*and on behalf of a class of all persons and*
*entities similarly situated*

THE LAW OFFICE OF MATTHEW P. MCCUE
Matthew P. McCue (*via email*)
mmcue@massattorneys.net
1 South Avenue, Suite 3
Natick, MA 01760
Ph.: (508) 655-1415
Fax: (508) 319-3077

3

*Co-counsel for Plaintiff Diana Mey, individually and on behalf of a class of all persons and entities similarly situated*

**SO ORDERED:**

Dated: New York, New York
June 8, 2016

_____
Honorable Paul A. Crotty
United States District Court Judge