USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2016

Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly situated,

        Plaintiff,

vs.

YELLOWSTONE CAPITAL, LLC,

        Defendant.

---------------------------------x

Case No. 15CV854-PAC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of this action with prejudice. This dismissal is in Plaintiff Diana Mey's individual capacity, and does not impact the potential claims of members of the putative class.

Respectfully submitted,

For Plaintiff Diana Mey,

BRODERICK LAW, P.C.

By: Edward A. Broderick
99 Summer Street, Suite 304
Boston, MA 02110
Ph.: (617) 738-7080
Fax: (617) 830-0327
ted@broderick-law.com

For Defendant Yellowstone Capital, LLC,

KATTEN MUCHIN ROSENMAN LLP

By: Craig A. Convissar
575 Madison Avenue
New York, NY 10022
Ph.: (212) 940-6369
Fax: (212) 940-8776
craig.convissar@kattenlaw.com
Stuart M. Richter (*admitted pro hac vice*)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Ph.: (310) 788-4400
Fax.: (310) 788-4471
stuart.richter@kattenlaw.com

SO ORDERED:

_____ 2/7/2017
HON. PAUL A. CROTTY
United States District Judge